IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ARMANDO ARMENDARIZ-GARCIA,

  Petitioner,         JUDGMENT IN A CIVIL CASE

v.              Case No. 12-cv-659-wmc

ROBERT WERLINGER, Warden,
Federal Correctional Institution - Oxford,

  Respondent.

  This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition of Armando Armendariz-Garcia for a writ of habeas corpus under 28 U.S.C. § 2241 without prejudice for want of prosecution.

| /s/ | 1/27/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |